1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN, | ) ) ) | Case No. 3:15-cv-02965-CRB |
| Plaintiffs, | ) ) ) | **ORDER GRANTING JOINT STIPULATION REGARDING** |
| v. | ) ) | **FILING OF AMENDED COMPLAINT, TIME TO FILE** |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, SHPS HOLDINGS, INC., SHPS, INC., CAREWISE HEALTH, INC., SHPS HEALTH MANAGEMENT SOLUTIONS, INC., and SHPS HUMAN RESOURCE SOLUTIONS, INC. | ) ) ) ) ) ) ) ) ) | **MOTION OR OTHERWISE RESPOND TO AMENDED COMPLAINT, AND SETTING BRIEFING SCHEDULE ON ANY MOTION FILED IN RESPONSE TO AMENDED COMPLAINT** |
| Defendants. | ) ) ) | |

The Court, having received and reviewed the Joint Stipulation Regarding Filing of Amended Complaint, Time to File Motion or Otherwise Respond to Amended Complaint, and Setting Briefing Schedule on Any Motion Filed in Response to Amended Complaint submitted by the parties, and for good cause appearing:

IT IS HEREBY ORDERED:

1.    Plaintiffs shall have up to and including September 14, 2015 to file and serve their Amended Complaint;

2.   Defendants shall have up to and including October 12, 2015 to answer, file a motion, or otherwise respond to Plaintiffs' Amended Complaint;

3.   Plaintiffs shall have up to and including November 12, 2015 to file any opposition to any motion filed by Defendants in response to the Amended Complaint;

4.   Defendants shall have up to and including November 24, 2015 to file any reply in support of any motion filed by Defendants in response to the Amended Complaint;

5.   Defendants shall set the hearing on any motion filed by Defendants for December 11, 2015 at 10:00 a.m.

6.   The Case Management Conference currently scheduled for September 25, 2015, shall be continued until December 11, 2015, to be heard at the same time as the hearing on any motions to dismiss.  The Parties shall file a Case Management Conference Statement and ADR compliance filings by December 4, 2015.

7.   The Parties shall serve Fed. R. Civ. P. 26 Initial Disclosures fourteen days after the Court issues its order on any motions to dismiss.

IT IS SO ORDERED.

Dated: Sept. 3, 2015

_____

Hon. Charles R. Breyer