# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>Plaintiffs,<br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:15-cv-02965-WHA<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS |

The Court, having received and reviewed the Joint Stipulation Regarding Briefing Schedule and Hearing Date on Motions to Dismiss submitted by the parties, and for good cause appearing:

IT IS HEREBY ORDERED:

1. Defendants shall have up to and including October 13, 2015 to answer, file a motion, or otherwise respond to Plaintiffs' First Amended Complaint;

2. Plaintiffs shall have up to and including November 13, 2015 to file any opposition to any motion filed by Defendants in response to the First Amended Complaint;

3. Defendants shall have up to and including November 24, 2015 to file any reply in support of any motion filed by Defendants in response to the First Amended Complaint;

4. Defendants shall set the hearing on any motion filed by Defendants for December 10, 2015 at 8:00 a.m.

IT IS SO ORDERED.

Dated: October 13, 2015.

Hon. William H. Alsup