IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILWU-PMA WELFARE PLAN BOARD
OF TRUSTEES and ILWU-PMA
WELFARE PLAN,

    Plaintiffs,

  v.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY, GREAT-
WEST LIFE & ANNUITY INSURANCE
COMPANY, and CAREWISE HEALTH,
INC. f/k/a Ships Health Management
Solutions, Inc.,

    Defendants.

No. C 15-2965 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY MARK B. BLOCKER**

    The *pro hac vice* application of Attorney Mark B. Blocker (Dkt. No. 34) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE