Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES AND ILWU-PMA WELFARE PLAN,

Plaintiff(s),

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, SHPS HOLDINGS, INC., SHPS, INC., CAREWISE HEALTH, INC., SHPS HEALTH MANAGEMENT SOLUTIONS, INC., and SHPS HUMAN RESOURCE SOLUTIONS, INC.,

Defendant(s).

Case No: 3:15-cv-02965-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark B. Blocker, an active member in good standing of the bar of the Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY in the above-entitled action. My local co-counsel in this case is Carol Lynn Thompson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 853-6097 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 772-1291 |
| MY EMAIL ADDRESS OF RECORD:<br>mblocker@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cthompson@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6198950.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/20/15

Mark B. Blocker
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark B. Blocker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 20, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE