**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>   Plaintiffs,<br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,<br><br>   Defendants. | Case No. 3:15-cv-02965-WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING OMNIBUS OPPOSITION BRIEF TO DEFENDANTS' MOTIONS TO DISMISS** |

1 | The Court, having received and reviewed the Joint Stipulation Regarding Omnibus Opposition Brief to Defendants' Motions to Dismiss submitted by the parties, and for good cause appearing:

IT IS HEREBY ORDERED:

1. Plaintiffs shall file one opposition brief in opposition to Defendants' motions to dismiss;
2. The omnibus opposition brief may not exceed 45 pages of text;
3. Defendants shall file individual reply briefs in accordance with L.R. 7-3(c).

IT IS SO ORDERED.

Dated: October 25, 2015.

*[signature]*

Hon. William Alsup