IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,

    Plaintiffs,

  v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,

    Defendants.

No. C 15-02965 WHA

**ORDER RE JOINT REQUESTS FOR MORE DEPOSITIONS AND TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**

The Court is in receipt of the parties' joint requests to take more than ten depositions each (Dkt. No. 70), and to continue pretrial deadlines and the trial date (Dkt. No. 71). The Court has learned the hard way not to automatically grant requests for more depositions. After the parties exhaust their ten allowed depositions, and if the attorneys involved behave themselves during those depositions, then more will be granted. Accordingly, the instant request for more depositions is **DENIED** without prejudice to the parties renewing the request after taking ten depositions each.

Similarly, the parties' request to continue pretrial deadlines and the trial date is **DENIED**, but the parties may renew this request in January 2017. In the renewed request, the parties shall update the Court on the status of the case, including all depositions taken between now and then, so the Court can determine whether sufficient progress has been made to justify granting a

continuance. The parties shall please note that the "holidays" are not a good reason to slow down work on the case.

**IT IS SO ORDERED.**

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE