Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
David S. Mitchell (SBN 266971)
dmitchell@sidley.com
Vikram S. Shah (SBN 308335)
vikram.shah@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES AND ILWU-PMA WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, AND CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:15-cv-02965-WHA<br><br>**GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND BAR ORDER**<br><br>HONORABLE WILLIAM ALSUP<br><br>Date: December 1, 2016<br>Time: 8:00 a.m.<br>Courtroom: Courtroom 8, 19th Floor |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Great-West Life & Annuity Insurance Company ("Great-West") submits the following Reply Memorandum of Points and Authorities in support of its motion for a good faith settlement determination and entry of a bar order.

No party has challenged the settlement between Great-West and the Plaintiffs ILWU-PMA Welfare Plan Board of Trustees and ILWU-PMA Welfare Plan (collectively, "Plaintiffs" or "ILWU") for lack of good faith or on any other basis. All parties received notice of Great-West's motion and no oppositions were filed by Plaintiffs or by co-defendants Connecticut General Life Insurance Company ("CGLIC") and Carewise Health, Inc., f/k/a SHPS Health Management Solutions, Inc. ("SHPS").

Accordingly, and for the reasons stated in Great-West's motion, this Court should find the Settlement Agreement was entered into in good faith and is fair and reasonable, and that the non-settling Defendants are barred from seeking contribution or indemnity from Great-West.

Further, upon entry of an order on this motion, Great-West and Plaintiffs will submit a stipulation and proposed order of dismissal for Great-West to the Court.

Dated: November 7, 2016                     SIDLEY AUSTIN LLP

                                                                        By: */s/ Carol Lynn Thompson*
                                                                              Carol Lynn Thompson

                                                                              Attorney for Defendant
                                                                              GREAT-WEST LIFE & ANNUITY
                                                                              INSURANCE COMPANY

1

GREAT-WEST'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND BAR ORDER – CASE NO. 3:15-CV-02965-WHA