IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | No. C 15-02965 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' FIRST DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' letter dated November 9, 2016, regarding a discovery dispute in this matter (Dkt. No. 74). This order **SETS** a two-hour meet-and-confer starting at **NOON AND CONTINUING TO 2:00 P.M. ON NOVEMBER 23** in the Court's jury room in the San Francisco federal courthouse. At **2:00 P.M.**, the Court will hear any remaining discovery issue(s). Defendants' response is due by **NOON ON NOVEMBER 21**.

Please note that only lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE