IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | No. C 15-02965 WHA<br><br>**ORDER CANCELLING HEARING RE PLAINTIFFS' FIRST DISCOVERY DISPUTE AND SETTING BRIEFING SCHEDULE** |

Regarding the letter brief dated November 9 from Seyfarth Shaw, the relief requested due to alleged spoliation is inappropriate for normal discovery dispute procedures. Instead, plaintiffs should file a formal motion, with a sworn record that would justify the relief sought, to be heard on the normal 35-day track. The discovery hearing scheduled for November 22 is **CANCELLED** in favor of a formal briefing schedule.

    **IT IS SO ORDERED.**

Dated: November 21, 2016.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE