United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 15-02965 WHA<br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND BAR ORDER** |

　　　　Defendant Great-West Life & Annuity Insurance Company moves for a determination that its settlement agreement with plaintiffs was entered into in good faith, and for a bar order (Dkt. No. 69). All parties were given notice of this motion, and no party has filed an opposition. This order finds the settlement agreement between plaintiffs and Great-West was entered into in good faith. The other defendants named in this matter are barred from asserting any claims against Great-West for contribution or indemnity based on comparative negligence or comparative fault principles and in connection with this matter.

　　　　The hearing on this motion currently set for December 1 is **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: November 22, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE