IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | No. C 15-02965 WHA<br><br>**ORDER RE DISCOVERY HEARING** |

    For the discovery hearing today, counsel will please bring copies of the original interrogatories and requests for admission at issue — including all definitions and instructions — as well as the responses thereto, so the Court can see how oppressive the totality was.

**IT IS SO ORDERED.**

Dated: December 9, 2016.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE