UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 12/9/16 | **Time:** 49 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:15-cv-02965-WHA | **Case Name:** ILWU-PMA Welfare Plan Board of Trustees v. Connecticut General Life Insurance Company | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** FTR 10:45 am to 11:34 am | |

**Attorney for Plaintiff:** Eric Steinert; Bejan Fanibanda; Nicole Teixera

**Attorney for Defendant:** Christopher Greenleaf

PROCEEDINGS

Discovery Hearing - HELD

**PRETRIAL SCHEDULE:**

Parties met and conferred in the Court's jury room from 8:00 am to 10:40 am. Court ruled on the unresolved discovery issues. The transcript will be the record of the final rulings.

Interrogatory #11 - defendant shall produce the employment agreement.
Interrogatories #13, 15 - postponed until plaintiffs establish liability.
Interrogatory #21 - defendant must produce five agreements with clients other than plaintiffs to show the purported custom of auto-discounts. Documents produced under a protective order. Defendant shall decide in one week if it will rely on any such theory re industry custom, and if so, within one week documents should be produced accordingly.

Parties shall meet and confer to reach an agreement on the experts scheduling conflicts.