United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | No. C 15-02965 WHA<br><br>**ORDER RE HEARING ON MOTION FOR SANCTIONS** |

The parties shall bring to the hearing on plaintiffs' motion for sanctions all eleven extensions of the tolling agreement in question, and be prepared to explain the extent to which Carewise was an express party to the extensions. The parties shall also be prepared to discuss the current status or conclusion, as the case may be, of the related litigation in California state court based on the same auto-discount agreements at issue here. Additionally, counsel for both sides shall ensure that counsel for non-party ADP attends the hearing.

**IT IS SO ORDERED.**

Dated: January 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE