LEWIS BRISBOIS BISGAARD & SMITH LLP
ELISE D. KLEIN (State Bar No. 111712)
    Electronic Mail: Elise.Klein@lewisbrisbois.com
JOSEPH K. HEGEDUS (State Bar No. 93858)
    Electronic Mail: Joseph.Hegedus@lewisbrisbois.com
CHRISTOPHER J. GREENLEAF (State Bar No. 170514)
    Electronic Mail: Christopher.Greenleaf@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant CAREWISE HEALTH, INC.
(Formerly Known as "SHPS Health Management Solutions, Inc.")

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,<br><br>    Defendants. | No. 3:15-cv-02965-WHA<br><br>[PROPOSED] ORDER GRANTING CAREWISE HEALTH, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |

1  Defendant, Carewise Health, Inc. f/k/a/ SHPS Health Management Solutions,
2 Inc. has filed a Motion for Administrative Relief to File Document Under Seal
3 Pursuant to Civil Local Rules 7-11 and 79-5.  Having considered the Motion, the
4 relief requested therein, and the relevant facts, evidence, and arguments, the Court
5 finds that the Motion should be and hereby is **GRANTED**.  Accordingly, for good
6 cause shown, the following documents shall be permanently sealed:
7  1. Stock Purchase Agreement by and Between ADP, Inc. and SHPS, Inc.
8 Dated as of March 7, 2012.

10 **IT IS SO ORDERED**.

12 Dated:    January 19, 2017.

_____
The Honorable William ~~H.~~ Alsup

