IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,<br><br>    Defendant. | No. C 15-02965 WHA<br><br>**ORDER AFTER FURTHER CASE MANAGEMENT CONFERENCE** |

For the reasons stated on the record at the further case management conference yesterday, plaintiffs' request for five additional depositions (Dkt. No. 89) is **GRANTED**. Defendant Carewise Health, Inc., shall bear half the cost of said depositions, plus reasonable attorney's fees incurred by one (and only one) attorney for plaintiffs in connection therewith. Plaintiffs must keep organized time notes, clearly apportioned and itemized, limited to and in support of such fees and costs sought to be recovered. Bills submitted to Carewise shall be paid promptly within 14 calendar days. All additional depositions must be completed by **APRIL 28**.

In the meantime, both sides may update their expert witness reports to reflect the results of supplemental discovery taken pursuant to the prior order granting in part plaintiffs' motion for sanctions (Dkt. No. 110). Both sides shall meet and confer, and agree on a date by which all such updates must be completed. Both sides shall then jointly propose a new trial schedule —

factoring in the agreed-upon deadline to update expert witness reports — to the Court by **MARCH 31 AT NOON**.

Also for the reasons discussed on the record yesterday, the question of whether further sanctions against Carewise are warranted is reserved until the final pretrial conference in this matter. At that time, plaintiffs may renew their request for further sanctions via a letter brief instead of another formal motion.

**IT IS SO ORDERED.**

Dated: March 24, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE