SEYFARTH SHAW LLP
D. Ward Kallstrom, State Bar No. 76937/E-mail: wkallstrom@seyfarth.com
Kevin J. Lesinski, State Bar No. 110862/E-mail: klesinski@seyfarth.com
Eric M. Steinert, State Bar No. 168384/E-mail: esteinert@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: 415.397.2823; Fax: 415.397.8549

SCHWARTZ & CERA LLP
Douglas R. Schwartz, State Bar No. 98666/E-mail: doug@schwartz-cera.com
Petra M. Reinecke, State Bar No. 154482/E-mail: petra@schwartz-cera.com
201 California Street, Suite 450
San Francisco, California 94104
Tel: 415.956.2600; Fax: 415.438.2655

*Attorneys for ILWU-PMA Welfare Plan Employer Trustees and ILWU-PMA Welfare Plan*

LEONARD CARDER LLP
Peter W. Saltzman, State Bar No. 169698/E-mail: psaltzman@leonardcarder.com
Christine S. Hwang, State Bar No. 184549/E-mail: chwang@leonardcarder.com
Lindsay R. Nicholas State Bar No. 273063/E-mail: lnicholas@leonardcarder.com
1188 Franklin Street, Suite 201
San Francisco, California 94109
Tel: 415.771.6400; Fax: 415.771.7010

*Attorneys for ILWU-PMA Welfare Plan Union Trustees and ILWU-PMA Welfare Plan*

[Additional attorneys listed on signature page]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES and ILWU-PMA WELFARE PLAN,**<br><br>Plaintiffs,<br>v.<br><br>**CONNECTICUT GENERAL LIFE INSURANCE COMPANY, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and CAREWISE HEALTH, INC., f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,**<br><br>Defendants. | Case No. 3:15-cv-02965-WHA<br><br>**STIPULATION FOR DISMISSAL OF CAREWISE HEALTH, INC. f/k/a SHPS HEALTH MANAGEMENT SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ILWU-PMA Welfare Plan Board of Trustees and ILWU-PMA Welfare Plan ("Plaintiffs") and Defendant Carewise Health. Inc., f/k/a SHPS Health Management Solutions, Inc. ("Carewise"), by their respective undersigned counsel, hereby stipulate that all claims and the entire action Plaintiffs have asserted against Carewise in the above-captioned action (the "Action") are hereby dismissed with prejudice. For purposes of any claim Plaintiffs have asserted against Carewise in this Action, Plaintiffs and Carewise are to bear their own costs and attorneys' fees.

All parties to this Action previously filed a stipulation of dismissal with prejudice (Dkt. No. 119), with respect to Defendant Great-West Life & Annuity Insurance Company and Defendant Connecticut General Life Insurance Company. The only parties remaining to this Action are Plaintiffs and Carewise. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation has been agreed to and executed by representatives of all remaining parties who have appeared in this Action.

Respectfully submitted this 15th day of September, 2017.

IT IS SO STIPULATED.

DATED: September 15, 2017              SEYFARTH SHAW LLP

                                       By:      /s/ Kevin J. Lesinski
                                           D. Ward Kallstrom
                                           Kevin J. Lesinski
                                           Eric M. Steinert

DATED: September 15, 2017              SCHWARTZ & CERA LLP

                                       By:      /s/ Douglas R. Schwartz
                                           Douglas R. Schwartz
                                           Petra M. Reinecke

                                       *Attorneys for ILWU-PMA Welfare Plan Employer Trustees and ILWU-PMA Welfare Plan*

| | |
|---|---|
| DATED: September 15, 2017 | LEONARD CARDER LLP |
| | By: /s/ Peter W. Saltzman |
| | Peter W. Saltzman |
| | Christine S. Hwang |
| | Lindsay R. Nicholas |
| | |
| | *Attorneys for ILWU-PMA Welfare Plan Union Trustees and ILWU-PMA Welfare Plan* |
| DATED: September 15, 2017 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/ Joseph K. Hegedus |
| | Joseph K. Hegedus |
| | |
| | *Attorneys for Carewise Health. Inc., f/k/a SHPS Health Management Solutions, Inc.* |

### **Attestation Pursuant to Local Rule 5-1(i)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Kevin J. Lesinski
Kevin J. Lesinski

3

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAREWISE HEALTH, INC. / 3:15-CV-02965-WHA
40116971v.1